IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SOLOMON MARCELLUS MILLER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-0231** |
| | : | |
| **PECO EXELON,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 26th day of February, 2019, upon consideration of Plaintiff Solomon Marcellus Miller's Motion to Proceed *In Forma Pauperis*, (ECF No. 8), and Amended Complaint (ECF No. 10), and the "Motion Appointing Executors" filed by Orlando Antonio Acosta (ECF No. 9) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint and Amended Complaint are **DEEMED** filed.

3. The Amended Complaint, which is the operative pleading in this matter, is **DISMISSED with prejudice** as legally baseless pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

4. The "Motion Appointing Executors" is **DENIED**.

5. The Clerk of Court shall **CLOSE** this case.

                        **BY THE COURT:**

                        **/s/ Gerald Austin McHugh**
                        _____
                        **United States District Judge**